

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00321-CV

| | | |
|---|---|---|
| JOHN DOE, Appellant | § | On Appeal from the 153rd District Court |
| V. | | |
| UNIVERSITY OF NORTH TEXAS HEALTH SCIENCE CENTER; DR. MICHAEL WILLIAMS, INDIVIDUALLY IN HIS OFFICIAL CAPACITY; AND DR. FRANK FILIPETO, INDIVIDUALLY IN HIS OFFICIAL CAPACITY, Appellees | § | of Tarrant County (153-303463-18) |
| | § | April 2, 2020 |
| | § | Opinion by Justice Bassel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that John Doe shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Dabney Bassel
Justice Dabney Bassel